## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES RILEY,** | ) | **CASE NO. 8:09CV303** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **SUN LIFE AND HEALTH INSURANCE CO., f/k/a GENWORTH LIFE AND HEALTH INSURANCE CO., and GROUP LONG TERM DISABILITY INSURANCE,** | ) | |
| Defendants. | ) | |

The mandate of the United States Court of Appeals for the Eighth Circuit having issued on November 29, 2011,

IT IS ORDERED:

1. Judgment is entered in favor of the Plaintiff, James Riley; and

2. The Defendants, Sun Life and Health Insurance Co., f/k/a Genworth Life and Health Insurance Co., and Group Long Term Disability Insurance are ordered to pay Plaintiff James Riley attorney's fees in the amount of $16,450.79, and costs in the amount of $502.81.

DATED this 1st day of December, 2011.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge